CASE 0:26-mc-00012-JFD   Doc. 1   Filed 02/02/26   Page 1 of 2

26mc12 JFD

RECEIVED BY MAIL
FEB 0 2 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>Respondent. | Misc. Action No.<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

Petitioner Nima Gharavi ("Petitioner"), appearing *pro se*, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 45(d)(2)(B) for an order compelling Jason Bryant to comply with a subpoena for production of documents issued in *Gharavi v. Presley*, Case No. 1:24-cv-1969 (N.D. Ill.). The subpoena was served on Mr. Bryant at 2739 17th St NW, New Brighton, Minnesota 55112 on September 16, 2025. Mr. Bryant, through counsel, has failed to produce the requested documents or assert any objections.

As required by Federal Rule of Civil Procedure 37(a)(1), Petitioner's counsel has in good faith attempted to confer with Mr. Bryant's counsel in an effort to secure the requested materials without court action, but those efforts have been unsuccessful. The grounds for this motion are set forth more fully in the accompanying Memorandum in Support, Declaration of Nima Gharavi, and exhibits.



SCANNED
FEB 0 2 2026
U.S. DISTRICT COURT MPLS

Dated: January 29, 2026

Respectfully Submitted,

By: _____

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner