

FedEx

ORIGIN ID:NBUA    (773) 899-4688
NIMA GHARAVI
4610 NORTH CLARK ST. #1098

CHICAGO, IL 60640
UNITED STATES US

SHIP DATE: 29JAN26
ACTWGT: 1.00 LB
CAD: 7300079/INET4535

BILL SENDER

TO  CIVIL INTAKE
CLERK, US DISTRICT COURT
300 SOUTH FOURTH STREET
SUITE 202
MINNEAPOLIS MN 55415
(612) 664-5000    REF:
INV:
PO:    DEPT:

FedEx
Express

E

FRI - 30 JAN 10:30A
PRIORITY OVERNIGHT

FedEx
TRK#  8883 2717 5245    PRIORITY OVERNIGHT
0201

XS GPZA    55415
MN-US   MSP

RECEIVED BY MAIL

FEB 0 2 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
FEB 0 2 2026
U.S. DISTRICT COURT MPLS

PRIORITY OVERNIGHT
396-5007