RECEIVED BY MAIL
FEB 0 2 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT, <br><br> Respondent. | Misc. Action No. <br><br> Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## RULE 7.1(f)(2) CERTIFICATE OF COMPLIANCE

I, Nima Gharavi, affirm that Petitioner's Memorandum in Support of Motion to Compel Compliance with Subpoena complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the memorandum, I used Microsoft Word, and that the word-count function of this word-processing software has been applied specifically to include all text, including headings, footnotes, and quotations in determining the word count.

I further certify that the Memorandum contains 1,183 words and is prepared in Times New Roman 13-point font.

SCANNED
FEB 0 2 2026
U.S. DISTRICT COURT MPLS

Dated: January 29, 2026

Respectfully Submitted,

By: /s/ Nima Gharavi

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner