RECEIVED BY MAIL
FEB 0 2 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI, | Misc. Action No. |
| Petitioner, | |
| v. | Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |
| NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT, | |
| Respondent. | |

## DECLARATION OF NIMA GHARAVI

I, Nima Gharavi, declare as follows:

1. I am the Petitioner in this matter and the plaintiff in *Gharavi v. Presley*, Case No. 1:24-cv-1969 (N.D. Ill.). I have personal knowledge of the facts set forth in this declaration.

2. On September 11, 2025, my counsel, acting on my behalf, caused a subpoena for production of documents to be issued to the National Wrestling Media Association ("NWMA") and its president, Jason Bryant, via U.S. Certified Mail. A true and correct copy of the Notice of Subpoena, Subpoena, and Attachment A is attached as **Exhibit A**.

SCANNED
FEB 0 2 2026
U.S. DISTRICT COURT MPLS

3. On September 16, 2025, the Subpoena was successfully delivered to Mr. Bryant at 2739 17th St NW, New Brighton, Minnesota 55112. A true and correct copy of the Certified Mail Receipt and USPS Tracking confirmation is attached as **Exhibit B**.

4. On September 22, 2025, Mr. Bryant's counsel, Scott Pilutik, sent an email to my counsel requesting an additional thirty days to respond to the subpoena. A true and correct copy of emails dated September 22–24, 2025, is attached as **Exhibit C**.

5. My counsel agreed to give Mr. Bryant an extension to respond to the subpoena until October 12, 2025, if Mr. Bryant planned to object, or October 22, 2025, if Mr. Bryant chose to substantively respond. (Ex. C.)

6. On January 9, 2026, my counsel sent a follow-up email to Mr. Pilutik attempting in good faith to meet and confer regarding Mr. Bryant's continued lack of response to the Subpoena. A true and correct copy of the email dated January 9, 2026, is attached as **Exhibit D**.

7. Mr. Pilutik has not responded to my counsel's January 9, 2026 email. To date, neither the NWMA nor Jason Bryant has produced any documents in response to the subpoena, nor have they asserted any objections to the subpoena or filed a motion to quash.

8. On January 20, 2026, my counsel filed a motion to compel compliance with this subpoena in the Northern District of Illinois. A true and correct copy of the Illinois Motion to Compel is attached as **Exhibit E**.

9. On January 26, 2026, the Honorable Beth W. Jantz denied that motion without prejudice, finding that the subpoena was directed to Mr. Bryant in New Brighton, Minnesota, and that "subpoenas served out of District generally need to be enforced in the District where served." A true and correct copy of the Order at Docket 160 is attached as **Exhibit F**.

10. Judge Jantz did not address the merits of my request or question the relevance or propriety of the subpoena. (Ex. F.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2026.

By: _/s/ Nima Gharavi_

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner