IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>Respondent. | Misc. Action No.<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## NOTICE OF HEARING ON PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

PLEASE TAKE NOTICE that on a date and time to be determined, the undersigned *pro se* Petitioner will move the Court for an Order compelling Respondent Jason Bryant to comply with a non-party subpoena issued in the underlying case, *Gharavi v. Presley*, Civil No. 1:24-cv-1969, in the Northern District of Illinois.

Dated: January 29, 2026

Respectfully Submitted,

By: /s/ Nima Gharavi

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner

