IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>Respondent. | Misc. Action No.<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## MEET-AND-CONFER STATEMENT

Pursuant to Local Rule 7.1(a)(1), Petitioner Nima Gharavi certifies as follows:

On January 9, 2026, Petitioner's counsel, Olivia Duggins of Swanson, Martin & Bell, LLP, sent an email to Scott Pilutik, counsel for Jason Bryant, requesting to meet and confer regarding Mr. Bryant's failure to comply with the subpoena served on September 16, 2025. A copy of this email is attached as Exhibit D to the Declaration of Nima Gharavi filed herewith.

Mr. Pilutik has not responded to this email. As a result, no agreement has been reached on the resolution of any part of this motion.

Respectfully Submitted,

By: /s/ Nima Gharavi

Dated: January 29, 2026



SCANNED
FEB 0 2 2026
U.S. DISTRICT COURT MPLS

1

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner