IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>            Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>            Respondent. | Misc. Action No.<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

Before the Court is Petitioner's Motion to Compel Compliance with Subpoena.

Based on the motion papers, exhibits, and argument presented, IT IS HEREBY ORDERED THAT Petitioner's Motion to Compel Compliance with Subpoena is GRANTED. Respondent Jason Bryant and the National Wrestling Media Association shall produce all documents responsive to the subpoena served on September 16, 2025, within fourteen (14) days of the date of this Order.

Dated: _____, 2026       _____

                                    United States District Judge

1