IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>Respondent. | Misc. Action No.<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I caused the following documents to be served:

1. Motion to Compel Compliance with Subpoena
2. Memorandum in Support of Motion to Compel Compliance with Subpoena
3. Declaration of Nima Gharavi
4. Exhibits A-F
5. Meet-and-Confer Statement
6. Notice of Hearing
7. Word Count Certification
8. Proposed Order

SCANNED
FEB 02 2026
U.S. DISTRICT COURT MPLS

1

**Service on Counsel:** The above documents were served via email on:

Scott Pilutik, Esq.
pilutik@gmail.com

**Service on Respondent:** The above documents were served via USPS Priority Mail on:

Jason Bryant
2739 17th St
NW New Brighton, MN 55112

Dated: January 29, 2026

Respectfully Submitted,

By: *[signature]*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner