# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nima Gharavi

                         Plaintiff(s)

    v.

National Wrestling Media Association

                         Defendant(s)

Case No: 26-mc-00012-JFD

## CLERK'S NOTICE OF APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY

Notice is hereby given that a pro se litigant in the above-captioned matter has been granted privileges to electronically file documents with the Court and to receive electronic service of filings in this case.

**Pro Se E-Filer:** Nima Gharavi

The above named pro se litigant has consented to the following:

- To abide by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules for the United States District Court for the District of Minnesota.
- To abide by all provisions of Local Rule 5.1, "Electronic Case Filing," the "Order Adopting Electronic Case Filing Procedures" signed by the Court on May 17, 2004, and the most recent version of the Court's Civil and Criminal ECF Procedures Guides for the District of Minnesota.
- To title all transmissions for electronic filings of pleadings and documents to the ECF system in accordance with the approved directory of civil and criminal events in the ECF system.
- To protect the security of the ECF login and password issued by the Court, and to inform the Clerk of Court if the ECF account is used improperly.
- To abide by the provisions of Federal Rule of Civil Procedure 11, which applies with full force and effect to documents filed using ECF.
- To receive service of notice of Court Orders and judgments electronically through the Court's ECF system under Federal Rule of Civil Procedure 77(d) and Federal Rule of Criminal Procedure 49(c), and to waive service of such notice by other means under Federal Rules of Civil Procedure 5(b)(2) and 77(d) and Federal Rule of Criminal Procedure 49(c).

Date: 02/04/2026                      s/ Stacy Doree
                                                                  Deputy Clerk