# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NIMA GHARAVI,<br><br>                    Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>                    Respondent. | Case No. 26-mc-00012 (JFD)<br><br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

## PETITIONER'S STATUS REPORT

Petitioner respectfully reports that the parties have reached resolution of the Motion to Compel Compliance with Subpoena. (Dkt. No. 1). Respondent executed a declaration on March 17, 2026, which was submitted to Chambers via email on March 17, 2026, with physical filing to follow by mail. Upon docketing of Respondent's declaration, Petitioner intends to file a notice of voluntary dismissal.

Dated: March 19, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*