**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| NIMA GHARAVI,<br><br>                       Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>                       Respondent. | Case No. 26-mc-00012 (JFD)<br><br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I served a true and correct copy of Petitioner's Status Report (Dkt. No. 10) on Respondent's counsel via email at the address below:

Scott Pilutik, Esq.
pilutik@gmail.com

Dated: March 19, 2026

/s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

1