**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| NIMA GHARAVI,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL WRESTLING MEDIA ASSOCIATION C/O JASON BRYANT,<br><br>Respondent. | Case No. 26-mc-00012 (JFD)<br><br>Underlying action: *Gharavi et al. v. Presley et al.*, No. 24-CV-1969, (N.D. Ill.) |

**DECLARATION OF JASON BRYANT**

I, Jason Bryant, declare as follows:

1. I was President of the National Wrestling Media Association when I received a subpoena on September 16, 2025 in *Gharavi v. Presley*, Case No. 1:24-cv-1969 (N.D. Ill.). I resigned from that position on December 4, 2025.

2. I have implemented and continue to maintain automatic deletion policies for certain electronic communications, specifically:

   a. Text messages (SMS/iMessage): automatic deletion after 30 days, in place since approximately 2009 and continuing through the present date; and

   b. Posts on X/Twitter: automatic deletion after 90 days via TweetDelete service, in place since approximately 2018 and continuing through the present date.

1

3. I have searched the following platforms for communications concerning Nima Gharavi or Midwest Wrestle: X/Twitter, text messages (SMS/iMessage), WhatsApp, Facebook, Facebook Messenger, Instagram, and InterMatWrestle.com private messages.

4. Other than the five email threads, three InterMat posts, and one InterMat private message exchange produced in response to the subpoena, I did not communicate with any individual concerning Nima Gharavi or Midwest Wrestle during the period January 1, 2021 through the date of this declaration, via:

    a. Text message (SMS/iMessage); or

    b. Direct messages on any social media platform, including but not limited to Facebook Messenger, Instagram, X/Twitter direct messages, InterMatWrestle.com private messages, WhatsApp, or LinkedIn.

5. I did not send mass emails to athletic directors, wrestling coaches, or school administrators concerning Nima Gharavi or Midwest Wrestle at any time.

6. I produced all documents and communications in my possession responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  March 17, 2026.

By: _____

2

Jason Bryant
2739 17th St. NW
New Brighton MN 55112
Phone: +1 (612) 812-5983
jason@bryantwrestling.com

*Respondent*